|   |   |
|---|---|
| CAROLYN CASTELLANOS, | No. 2:19-cv-00592-MCE-CKD |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| TRANSUNION, LLC, et al., | |
| Defendants. | |
| EDWARD CASTELLANOS, | No. 2:19-cv-00684-TLN-KJN |
| Plaintiff, | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | |
| Defendants. | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

The Court received the Notice of Related Case filed on July 18, 2019. Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).

///

///

///

1

| | |
|---|---|
| 1 | The actions involve the same defendant and are based on the same or similar claims, |
| 2 | the same property transaction or event, similar questions of fact and the same questions |
| 3 | of law and would therefore entail a substantial duplication of labor if heard by different |
| 4 | judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a |
| 5 | substantial savings of judicial effort and is also likely to be convenient for the parties. |
| 6 | The parties should be aware that relating the cases under Local Rule 123 merely |
| 7 | has the result that both actions are assigned to the same judge; no consolidation of the |
| 8 | action is effected.  Under the regular practice of this court, related cases are generally |
| 9 | assigned to the district judge and magistrate judge to whom the first filed action was |
| 10 | assigned. |
| 11 | IT IS THEREFORE ORDERED that the action denominated 2:19-cv-00684-TLN- |
| 12 | KJN is reassigned to District Judge Morrison C. England, Jr. and Magistrate Judge |
| 13 | Carolyn K. Delaney for all further proceedings, and any dates currently set in this |
| 14 | reassigned case only are hereby VACATED.  The caption on documents filed in the |
| 15 | reassigned case shall be shown as 2:19-cv-00592-MCE-CKD. |
| 16 | IT IS FURTHER ORDERED that the Clerk of the Court make appropriate |
| 17 | adjustment in the assignment of civil cases to compensate for this reassignment. |
| 18 | IT IS SO ORDERED. |
| 19 | Dated:  July 24, 2019 |

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE