| | |
|---|---|
| 1 | John A. Vogt (State Bar No. 198677)<br>javogt@jonesday.com |
| 2 | Katherine A. Neben (State Bar No. 263099)<br>kneben@jonesday.com |
| 3 | JONES DAY<br>3161 Michelson Drive, Suite 800 |
| 4 | Irvine, CA 92612.4408<br>Telephone:   (949) 851-3939 |
| 5 | Facsimile:   (949) 553-7539 |
| 6 | Attorneys for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN CASTELLANOS,<br><br>            Plaintiff,<br><br>    v.<br><br>TransUnion, LLC; Experian Information Solutions, Inc.; Equifax Information Services, LLC; Rushmore Loan Management Services, LLC<br><br>            Defendants. | Case No. 2:19-cv-00592-MCE-CKD<br><br>Assigned to Hon. Morrison C. England, Jr.<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE**<br><br>Complaint filed: April 4, 2019 |

Pursuant to the stipulation of Carolyn Castellanos and Experian Information Solutions, Inc., Experian Information Solutions Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.  This case shall proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

Dated:  August 6, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE