| | |
|---|---|
| 1 | Katherine E. Carlton Robinson, Esq.  (IN #31694-49) |
| | *(admitted Pro Hac Vice)* |
| 2 | Schuckit & Associates, P.C. |
| | 4545 Northwestern Drive |
| 3 | Zionsville, IN  46077 |
| | Telephone:  317-363-2400 |
| 4 | Fax:  317-363-2257 |
| | E-Mail:  krobinson@schuckitlaw.com |
| 5 | |
| | *Lead Counsel for Defendant Trans Union, LLC* |
| 6 | *Designated Counsel for Service* |

Eileen T. Booth, Esq. (CSB #182974)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:  ebooth@jacobsenmcelroy.com

*Counsel for Defendant Trans Union, LLC*
(Designated for Service)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| CAROLYN CASTELLANOS,<br>    Plaintiff,<br><br>    vs.<br><br>TRANSUNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and RUSHMORE LOAN MANAGEMENT SERVICES, LLC;<br>    Defendants. | CASE NO. 2:19-cv-00592-MCE-CKD<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Carolyn Castellanos, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| Date: September 9, 2019 | *s/ Joseph B. Angelo (with consent)* |
| | Joseph B. Angelo, Esq. |
| | Gale, Angelo, Johnson, & Pruett, P.C. |
| | 1430 Blue Oaks Boulevard, Suite 250 |
| | Roseville, CA 95747 |
| | Telephone: (916) 290-7778 |
| | Fax: (916) 721-2767 |
| | E-Mail: jangelo@gajplaw.com |
| | |
| | *Counsel for Plaintiff Carolyn Castellanos* |
| | |
| Date: September 9, 2019 | *s/ Katherine E. Carlton Robinson* |
| | Katherine E. Carlton Robinson, Esq. |
| | (IN #31694-49) |
| | *(admitted Pro Hac Vice)* |
| | Schuckit & Associates, P.C. |
| | 4545 Northwestern Drive |
| | Zionsville, IN 46077 |
| | Telephone: 317-363-2400 |
| | Fax: 317-363-2257 |
| | E-Mail: krobinson@schuckitlaw.com |
| | |
| | *Lead Counsel for Defendant Trans Union, LLC* |
| | |
| | Eileen T. Booth, Esq. (CSB #182974) |
| | Jacobsen & McElroy PC |
| | 2401 American River Drive, Suite 100 |
| | Sacramento, CA 95825 |
| | Telephone: 916-971-4100 |
| | Fax: 916-971-4150 |
| | E-Mail: ebooth@jacobsenmcelroy.com |
| | |
| | *Local Counsel for Defendant Trans Union, LLC* |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:19-CV-00592-MCE-CKD**

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Carolyn Castellanos against Defendant Trans Union, LLC are DISMISSED, with prejudice. Plaintiff Carolyn Castellanos and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees. This case shall proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

Dated: September 13, 2019

*/s/ Morrison C. England, Jr.*
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE